CLOSED



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

GCIU EMPLOYER RETIREMENT FUND, *et al.*

                              Plaintiffs,

        v.

RAYMOND MAZUR, *et al.*

                              Defendants.

Case No: 2:25-cv-04720-MWF (Ex)

**FIRST AMENDED DEFAULT JUDGMENT AGAINST DEFENDANTS**

On May 4, 2026, the Court **GRANTED** a Motion for Default Judgment (Docket No. 21) in favor of Plaintiffs GCIU Employer Retirement Fund and Board of Trustees of the GCIU Employer Retirement Fund, and against Defendants Raymond Mazur and Gertrude Mazur.  On June 30, 2026, the Court also **GRANTED** Plaintiffs' Motion for Attorney's Fees and Costs.  (Docket No. 26).

Good cause having been shown and pursuant to Rules 54 and 55 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Plaintiffs GCIU Employer Retirement Fund and Board of Trustees of the GCIU Employer Retirement Fund, and against Defendants Raymond Mazur and Gertrude Mazur, jointly and severally.

2. Plaintiffs are awarded **$109,983.52** in compensatory damages, **$11,563.00** in attorney's fees, and **$1,051.88** in costs.  The total award is **$122,598.40** for Plaintiffs against Defendants.

3. Plaintiffs shall be entitled to collect post-judgment interest from Defendants at the rate set forth in 28 U.S.C. § 1961.

Dated:  June 30, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2
**FIRST AMENDED DEFAULT JUDGMENT**